TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00331-CR







Fermine Louis Castillo, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT


NO. 05-677-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file brief is granted. Appellant's counsel,
Patricia J. Cummings, is ordered to tender a brief in this cause no later than May 24, 2007.

It is ordered April 11, 2007.



Before Chief Justice Law, Justices Puryear and Henson

Do Not Publish